RECEIVED IN
The Court of Appeals
Sixth District

JUL 0 7 2015

Texarkana, Texas
Debra Autrey, Clerk

IN THE

SIXTH COURT OF APPEALS

TEXARKANA, TEXAS

FILED IN
The Court of Appeals
Sixth District

JUL 0 7 2015

Texarkana, Texas
Debra K. Autrey, Clerk

RANDY DALE BARNETT,
    Appellant, Pro se,

Vs.

JERRY COYLE,
    Appellee.

APPEAL CASE NO.06-15-0020-CV

TRIAL COURT CASE NO.84100

## MOTION TO WITHDRAW NOTICE OF APPEAL

TO THE HONORABLE JUDGE AND/OR JUDGES OF SAID COURT:

Comes Now, Randy Dale Barnett, Appellant in Pro se and files this his Motion to Withdraw Notice of Appeal, and will show the Court:

I.

Appellant, is an indigent prisoner, and lacks the means to continue to pursue this appeal.

II.

After researching the case law, in this case Appellant concludes that to burden the Court further would be frivolous and un-necessary in the interest of the party's involved. *Peeler v. Hughes and Luce,* 909 s.w. 2d 494 (Tex.1995).

III.

Appellant wholly agrees to withdraw the appeal in this case and is sure that Appellee would not contest the withdrawal.

### PRAYER

WHEREFORE PREMISES, considered, Appellant prays this Court grant this Motion to withdraw the appeal in the above Civil Action.

Respectfully Submitted,

X _Randy Barnett_
RANDY DALE BARNETT, Appellant,
                    Pro se

1.

## UNSWORN INMATE DECLARATION

I,Randy Dale Barnett,hereby declare under penalty of perjury that the foregoing motion to withdraw this appeal is true and correct to the best of my knowledge,I am an incarcerated inmate in the Telford Unit of TDCJ-ID,located in New Boston,Bowie County, Texas.

Signed this the 25TH day of June,2015.　　X _Randy Barnett_

RANDY DALE BARNETT
TDCJ-ID#1648039
Telford Unit
3899 State Hwy 98
New Boston,Texas  75570


## CERTIFICATE OF SERVICE

I,Randy Dale Barnett,hereby certify that a true and correct carbon copy of the foregoing has been sent via U.S.Mail to Appellee,Mr. Jerry Coyle,at:Coyle Law Firm,P.O.Box 1138,Paris,Texas 75460.

Signed this the 25Th day of June,2015.　　X _Randy Barnett_

RANDY DALE BARNETT
TDCJ-ID# 1648039
Telford Unit
3899 State Hwy 98
New Boston,Texas
                     75570

2.